UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW HUNTER,

    Petitioner,
    v.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:19-cv-01254-KJD-BNW

**ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE**

In this case, on July 19, 2019, Matthew Hunter, who is apparently incarcerated at Nevada's Southern Desert Correctional Center, filed a petition for writ of habeas corpus (ECF No. 1-1).

Hunter did not pay the filing fee for this action or file an application to proceed *in forma pauperis*, and his petition is not on the form required by this Court. *See* Local Rule LSR 3-1. Moreover, it appears that Hunter filed his petition in the wrong court; the caption of his petition suggests that he meant to file it in the state district court. For all these reasons, this action will be summarily dismissed without prejudice.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment accordingly.

DATED: July 24, 2019

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE

1